UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION**

Case No. 2:18-md-2846

Judge Edmund A. Sargus, Jr.
Magistrate Judge Kimberly A. Jolson

**This document relates to:**
*Miranda v. Davol, Inc., et al.*
Case No. 2:19-cv-312

## ORDER

This matter is before the Court on Plaintiff's unopposed Motion to Substitute Party and Amend Complaint. (ECF No. 9.) Rule 25 provides that, "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party." Fed. R. Civ. P. 25(a)(1). "A motion for substitution may be made by any party or by the decedent's successor or representative." *Id.*

Patricia Miranda is Plaintiff's daughter and Successor in Interest pursuant to Sections 377.11 and 377.32 of the California Code of Civil Procedure. (ECF Nos. 9, 9-2.) Plaintiff now moves for the substitution of Patricia Miranda, as Successor in Interest to the Estate of Cindy Miranda, as the proper plaintiff. (ECF No. 9.) Plaintiff's unopposed Motion to Substitute and Amend Complaint is **GRANTED**. The Clerk is directed to substitute Patricia Miranda, as Successor in Interest to the Estate of Cindy Miranda, as Plaintiff in place of Cindy Miranda.

IT IS SO ORDERED.

8/22/2024
DATE

s/Edmund A. Sargus, Jr.
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE